IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| JOHN PAUL COOPER (02) WALTER NEIL SIMMONS (03) WILLIAM F. ELDER-QUINTANA (04) JEFFRY DOBBS COCKERELL (07) STEVEN BERNARD KUPER (08) MICHAEL JOHN KISELAK (12) | NO. 3:16-CR-60-M |

### GOVERNMENT'S FIRST AMENDED WITNESS LIST

| No. | Name | Type | Likelihood |
|---|---|---|---|
| 1 | Joseph Armstrong | Fact | Probable |
| 2 | Andrew Baumiller | Fact | Probable |
| 3 | Allison Bradley | Fact | Probable |
| 4 | Denise Brooks-Robertson | Fact | Probable |
| 5 | Victoria Carter | Fact | Probable |
| 6 | Richard Cesario | Fact | Probable |
| 7 | John Downey | Fact | Possible |
| 8 | Brian Gray | Fact | Possible |
| 9 | Wayne Hamit | Fact | Possible |
| 10 | Paul Hollingsworth | Fact | Possible |
| 11 | Christina Howard | Fact | Probable |
| 12 | Tyler Johnson | Fact | Probable |

| No. | Name | Type | Likelihood |
|---|---|---|---|
| 13 | Claire Joseph | Fact | Probable |
| 14 | Karla Kennedy | Fact | Possible |
| 15 | Chelsea Kluge | Fact | Probable |
| 16 | Nathaniel Lones | Fact | Probable |
| 17 | Joseph Mathews | Fact | Possible |
| 18 | Cynthia Luna Moreno | Fact | Probable |
| 19 | Joseph McCardel | Fact/Summary | Probable |
| 20 | Casandra McKinnie-Dawson | Fact | Probable |
| 21 | Hazem Naguib | Fact | Possible |
| 22 | Alyssa O'Neil | Fact | Probable |
| 23 | Mike Pekala | Fact | Possible |
| 24 | Zachary Ramsey | Fact | Possible |
| 25 | Luis Rios | Fact | Possible |
| 26 | Derrick Ross | Fact | Probable |
| 27 | Nonie Ross | Fact | Probable |
| 28 | John Sharma | Fact | Probable |
| 29 | Miranda Stevens | Fact | Probable |
| 30 | Adam Still | Fact | Possible |
| 31 | Joe Straw | Fact | Probable |
| 32 | Lizbet Valdez | Fact | Possible |
| 33 | Sharon Watts | Fact | Probable |
| 34 | Pam Williams | Fact/Summary | Probable |

| No. | Name | Type | Likelihood |
|---|---|---|---|
| 35 | Donald Williams | Fact | Probable |
| 36 | Don Wunderlin | Fact | Probable |

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8604
Facsimile:   214-659-8802
Email:  douglas.brasher@usdoj.gov

*/s/ Renee M. Hunter*
RENEE M. HUNTER
Assistant United States Attorney
Texas State Bar No. 24072942
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8798
Facsimile:   214-659-8800
Email: renee.hunter@usdoj.gov

*/s/ Ryan Raybould*
RYAN RAYBOULD
Assistant United States Attorney
Kansas State Bar No. 25429
1100 Commerce Street, 3rd Floor
Dallas, Texas  75242
Telephone:   214-659-8713
Email: ryan.raybould2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2019, I electronically filed the foregoing amended witness list with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to counsel of record for all defendants.

                                          */s/ Douglas B. Brasher*
                                          DOUGLAS B. BRASHER