IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN PAUL COOPER (02)<br>WALTER NEIL SIMMONS (03)<br>WILLIAM F. ELDER-QUINTANA (04)<br>JEFFRY DOBBS COCKERELL (07)<br>STEVEN BERNARD KUPER (08)<br>MICHAEL JOHN KISELAK (12) | NO. 3:16-CR-60-M |

**GOVERNMENT'S SECOND NOTICE OF INTENT
TO OFFER EVIDENCE PURSUANT TO FRE 902(14)**

      The government files this second notice of intent to offer evidence pursuant to FRE 902(14) to transmit to the Court and defense counsel a copy of the certification for Government's Exhibit 467, which was not attached to the first notice (ECF 767).

      Respectfully submitted,

      ERIN NEALY COX
      UNITED STATES ATTORNEY

      */s/ Douglas B. Brasher*
      DOUGLAS B. BRASHER
      Assistant United States Attorney
      Texas State Bar No. 24077601
      1100 Commerce Street, Third Floor
      Dallas, Texas 75242-1699
      Telephone: 214-659-8604
      douglas.brasher@usdoj.gov

## Certificate of Service

      I hereby certify that on October 10, 2019, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        */s/ Douglas B.  Brasher*
        DOUGLAS B. BRASHER

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN PAUL COOPER (02)<br>WALTER NEIL SIMMONS (03)<br>WILLIAM F. ELDER-QUINTANA (04)<br>JEFFRY DOBBS COCKERELL (07)<br>STEVEN BERNARD KUPER (08)<br>MICHAEL JOHN KISELAK (12) | NO. 3:16-CR-60-M |

## CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)

I, Hazem Nazih Naguib, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the Federal Bureau of Investigation (FBI) in the position of Information Technology Specialist – Forensics Examiner (ITS-FE) at the North Texas Regional Computer Forensics Laboratory (NTRCFL), in Dallas, Texas. The ITS-FE is responsible for the lawfully authorized imaging, extracting/copying of the contents, of electronic devices to include electronic storage media, cellular telephones, and other electronic devices. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. I created a Cellebrite UFED physical image of Samsung SM-N900P Galaxy Note 3, HEX Mobile Equipment Identifier (MEID) 99000447458029, "DumpData.bin"

Page | 1

using Cellebrite UFED version 5.0.0.496. This data can be authenticated by the following hash value, which is a process of digital identification:

| File name | MD5 Hash Value |
|---|---|
| DumpData.bin | A9410741E74FEBC339F2CB916F1ECB0D |

2. I generated a report for the above Cellebrite UFED Touch extracted/copied image "DumpData.bin" using Cellebrite UFED Physical Analyzer version 4.5.1.13.

3. The NTRCFL Cellebrite UFED Touch and Cellebrite UFED Physical Analyzer were working as designed during the date(s) of extraction and report generation.

4. For purposes of FRE 902(14), I certify that Government Exhibit 467 consists of the report and data that I extracted/copied from the above-described electronic device and that this data can be authenticated by the following hash value, which is a process of digital identification:

| File name | MD5 Hash Value |
|---|---|
| Report.html | b40547245be801ee7cfbbf71f2bcfbd3 |

5. I further certify that Government Exhibits 374, 375, 380, 383, 391-393, 398-408, 410, 413, 419-423, 425-427, 433, 434, 437-442, 448, 449, 451, and 471-511 consist of files and other information extracted from the above-described electronic device.

6. I further state that this certification is intended to satisfy FRE 902(14).

_Hazen Naguib_  10/09/19
HAZEN NAZIH NAGUIB          DATE

Page | 2