IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JOHN PAUL COOPER (02)
WALTER NEIL SIMMONS (03)
WILLIAM F. ELDER-QUINTANA (04)
JEFFRY DOBBS COCKERELL (07)
STEVEN BERNARD KUPER (08)
MICHAEL JOHN KISELAK (12)

NO. 3:16-CR-60-M

## GOVERNMENT'S FIRST AMENDED WITNESS LIST

| No. | Name | Type | Likelihood |
|---|---|---|---|
| 1 | Joseph Armstrong | Fact | Probable |
| 2 | Andrew Baumiller | Fact | Probable |
| 3 | Allison Bradley | Fact | Probable |
| 4 | Denise Brooks-Robertson | Fact | Probable |
| 5 | Victoria Carter | Fact | Probable |
| 6 | Richard Cesario | Fact | Probable |
| 7 | John Downey | Fact | Possible |
| 8 | Brian Gray | Fact | Possible |
| 9 | Wayne Hamit | Fact | Possible |
| 10 | Paul Hollingsworth | Fact | Possible |
| 11 | Christina Howard | Fact | Probable |
| 12 | Tyler Johnson | Fact | Probable |

| No. | Name | Type | Likelihood |
| --- | --- | --- | --- |
| 13 | Claire Joseph | Fact | Probable |
| 14 | Karla Kennedy | Fact | Possible |
| 15 | Chelsea Kluge | Fact | Probable |
| 16 | Nathaniel Lones | Fact | Probable |
| 17 | Joseph Mathews | Fact | Possible |
| 18 | Cynthia Luna Moreno | Fact | Probable |
| 19 | Joseph McCardel | Fact/Summary | Probable |
| 20 | Casandra McKinnie-Dawson | Fact | Probable |
| 21 | Hazem Naguib | Fact | Possible |
| 22 | Alyssa O'Neil | Fact | Probable |
| 23 | Mike Pekala | Fact | Possible |
| 24 | Zachary Ramsey | Fact | Possible |
| 25 | Luis Rios | Fact | Possible |
| 26 | Derrick Ross | Fact | Probable |
| 27 | Nonie Ross | Fact | Probable |
| 28 | John Sharma | Fact | Probable |
| 29 | Miranda Stevens | Fact | Probable |
| 30 | Adam Still | Fact | Possible |
| 31 | Joe Straw | Fact | Probable |
| 32 | Lizbet Valdez | Fact | Possible |
| 33 | Sharon Watts | Fact | Probable |
| 34 | Pam Williams | Fact/Summary | Probable |

| No. | Name | Type | Likelihood |
| --- | --- | --- | --- |
| 35 | Donald Williams | Fact | Probable |
| 36 | Don Wunderlin | Fact | Probable |
| 37 | Custodian of Records from Frost Bank | Fact | Possible |
| 38 | Custodian of Records from Bank of Texas | Fact | Possible |
| 39 | Custodian of Records from WestStar Bank | Fact | Possible |
| 40 | Custodian of Records from JP Morgan Chase Bank | Fact | Possible |
| 41 | Custodian of Records from Wells Fargo Bank | Fact | Possible |
| 42 | Custodian of Records from Bank of America | Fact | Possible |
| 43 | Custodian of Records from USAA | Fact | Possible |
| 44 | Custodian of Records from Prime Pay | Fact | Possible |

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8604
Facsimile: 214-659-8802
Email: douglas.brasher@usdoj.gov

>  */s/ Renee M. Hunter*
> RENEE M. HUNTER
> Assistant United States Attorney
> Texas State Bar No. 24072942
> 1100 Commerce Street, Third Floor
> Dallas, Texas 75242-1699
> Telephone: 214-659-8798
> Facsimile: 214-659-8800
> Email: renee.hunter@usdoj.gov
>
>
> */s/ Ryan Raybould*
> RYAN RAYBOULD
> Assistant United States Attorney
> Kansas State Bar No. 25429
> 1100 Commerce Street, 3rd Floor
> Dallas, Texas 75242
> Telephone: 214-659-8713
> Email: ryan.raybould2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2019, I electronically filed the foregoing second amended witness list with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to counsel of record for all defendants.

>  */s/ Douglas B. Brasher*
> DOUGLAS B. BRASHER

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for all defendants by email on October 12, 2019, and they do not oppose the filing of this second amended witness list.

>  */s/ Douglas B. Brasher*
> DOUGLAS B. BRASHER

Government's Second Amended Witness List—Page 4