IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | Case Number: 3:16-cr-00060-M |
| JOHN PAUL COOPER (2)<br>WALTER NEIL SIMMONS (3)<br>WILLIAM FRANK ELDER-QUINTANA (4)<br>JEFFRY DOBBS COCKERELL (7)<br>STEVEN BERNARD KUPER (8)<br>MICHAEL JOHN KISELAK (12), | § § § § § § § § § | |
| Defendants. | § | |

## VERDICT OF THE JURY

We, the members of the jury, find Defendant **John Paul Cooper**:

_____Guilty_____   of the offense charged in Count 1 of the Indictment
("Not Guilty" or "Guilty")

*one of the jurors changed their verdict breaking the consensus.*
~~_____Guilty_____~~   of the offense charged in Count 16 of the Indictment
("Not Guilty" or "Guilty")

_____Guilty_____   of the offense charged in Count 18 of the Indictment
("Not Guilty" or "Guilty")

_____   of the offense charged in Count 19 of the Indictment
("Not Guilty" or "Guilty")

_____   of the offense charged in Count 20 of the Indictment
("Not Guilty" or "Guilty")

_____Not Guilty_____   of the offense charged in Count 22 of the Indictment
("Not Guilty" or "Guilty")

_____Not Guilty_____   of the offense charged in Count 23 of the Indictment
("Not Guilty" or "Guilty")

_____  of the offense charged in Count 27 of the Indictment
("Not Guilty" or "Guilty")

_____  of the offense charged in Count 28 of the Indictment
("Not Guilty" or "Guilty")

_____  of the offense charged in Count 29 of the Indictment
("Not Guilty" or "Guilty")

_____  of the offense charged in Count 30 of the Indictment
("Not Guilty" or "Guilty")

_Guilty_  of the offense charged in Count 35 of the Indictment
("Not Guilty" or "Guilty")

_Guilty_  of the offense charged in Count 36 of the Indictment
("Not Guilty" or "Guilty")

_Guilty_  of the offense charged in Count 37 of the Indictment
("Not Guilty" or "Guilty")

_Guilty_  of the offense charged in Count 38 of the Indictment
("Not Guilty" or "Guilty")

_Guilty_  of the offense charged in Count 39 of the Indictment
("Not Guilty" or "Guilty")

_Guilty_  of the offense charged in Count 40 of the Indictment
("Not Guilty" or "Guilty")


Signed this 19th day of December, 2019.

/s/ [signature]  11:30 AM
JURY FOREPERSON

We, the members of the jury, find Defendant **Walter Neil Simmons**:

_____ of the offense charged in Count 1 of the Indictment
("Not Guilty" or "Guilty")

Signed this 19th day of December, 2019.

_____ 11:30AM
JURY FOREPERSON

We, the members of the jury, find Defendant **William Frank Elder-Quintana**:

_Not Guilty_ of the offense charged in Count 1 of the Indictment
("Not Guilty" or "Guilty")

_____ of the offense charged in Count 31 of the Indictment
("Not Guilty" or "Guilty")

_____ of the offense charged in Count 32 of the Indictment
("Not Guilty" or "Guilty")

_____ of the offense charged in Count 33 of the Indictment
("Not Guilty" or "Guilty")

_____ of the offense charged in Count 34 of the Indictment
("Not Guilty" or "Guilty")

Signed this 19th day of December, 2019.

_[signature]_  11:30 AM
JURY FOREPERSON

- 4 -

We, the members of the jury, find Defendant **Jeffry Dobbs Cockerell:**

    _Not Guilty_     of the offense charged in Count 1 of the Indictment
("Not Guilty" or "Guilty")

    _Not Guilty_     of the offense charged in Count 2 of the Indictment
("Not Guilty" or "Guilty")

    _Not Guilty_     of the offense charged in Count 3 of the Indictment
("Not Guilty" or "Guilty")

Signed this _6_ day of _December_, 2019.

_____
JURY FOREPERSON

- 5 -

We, the members of the jury, find Defendant **Steven Bernard Kuper**:

<u>Not Guilty</u>  of the offense charged in Count 1 of the Indictment
("Not Guilty" or "Guilty")

<u>Not Guilty</u>  of the offense charged in Count 4 of the Indictment
("Not Guilty" or "Guilty")

<u>Not Guilty</u>  of the offense charged in Count 5 of the Indictment
("Not Guilty" or "Guilty")

Signed this 9th day of December, 2019.

_____
JURY FOREPERSON

We, the members of the jury, find Defendant **Michael John Kiselak:**

<u>    Not Guilty    </u>   of the offense charged in Count 1 of the Indictment
("Not Guilty" or "Guilty")

<u>    Not Guilty    </u>   of the offense charged in Count 26 of the Indictment
("Not Guilty" or "Guilty")


Signed this 5th day of December, 2019.

_____
JURY FOREPERSON

- 7 -